Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of __Colorado_____
                         (State)
Case number (if known): __20-13723 TBM_____ Chapter _7___

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

X   Chapter 7
☐   Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**       REKN, North, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

X  Unknown

_____ __ _____
EIN

**5. Debtor's address**

**Principal place of business**

| 4721 | Ironton St. |
|------|-------------|
| Number | Street |

| Denver | CO | 80239 |
|--------|-----|--------|
| City | State | ZIP Code |

Denver
County

**Mailing address, if different**

| _____ | _____ |
|--------|----------------|
| Number | Street |

| _____ | _____ | _____ |
|------------|--------|----------|
| City | State | ZIP Code |

**Location of principal assets, if different from principal place of business**

| _____ | _____ |
|--------|----------------|
| Number | Street |

| _____ | _____ | _____ |
|------------|--------|----------|
| City | State | ZIP Code |

Debtor  BENK North, LLC

6. Debtor's website (URL)  kn.co

7. Type of debtor
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership(LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. Type of debtor's business

   Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   X None of the types of business listed.
   ☐ Unknown type of business.

9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?

   ☒ No
   ☐ Yes. Debtor_____ Relationship _____
   District_____ Date filed_____ Case number, if known_____
   MM / DD / YYYY

   Debtor_____ Relationship _____
   District_____ Date filed_____ Case number, if known_____
   MM / DD / YYYY

## Part 3: Report About the Case

10. Venue

    Check one:

    X Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. Allegations

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    X The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. Has there been a transfer of any claim against the debtor by or to any petitioner?

    ☒ No

    ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205  Involuntary Petition Against a Non-Individual  page 2

Debtor    BENK North, LLC
          Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Landow Performance | Unpaid Loan | $ 216,133 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 216,133 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**        **Attorneys**

**Name and mailing address of petitioner**

Landow Performance
Name

7094 South Revere Parkway, Suite 300
Number  Street

Centennial        CO        80112
City              State     ZIP Code

Aaron Garber
Printed name

Wadsworth Garber Warner Conrardy, PC
Firm name, if any

2580 West Main Street, Suite 200
Number  Street

Littleton          CO        80120
City               State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City              State     ZIP Code

Contact phone 303-296-1999   Email agarber@wgwc-law.com

Bar number   36099

State        CO

I declare under penalty of perjury that the foregoing is true and correct

Executed on  5-29-2020
             MM/DD/YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed   5-29-2020
              MM/DD/YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3